■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JOSEPH, Appellant. [676 NYS2d 880] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered December 5, 1996, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Since the defendant failed to object to the trial court's justification charge, this issue is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gurganious,* 214 AD2d 681). In any event, the court's charge, which followed the pattern jury instructions almost verbatim (*see,* 1 CJI[NY] 35.15 [2] [a], at 876-879), viewed in its entirety, adequately conveyed the appropriate standard to the jury (*see, People v Wesley,* 76 NY2d 555, 561; *People v Goetz,* 68 NY2d 96; *People v Martinez,* 243 AD2d 732).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]) or without merit. Miller, J. P., Altman, McGinity and Luciano, JJ., concur.